GEORGE B. CASE, Respondent, *v.* DONALD J. HARDEN-
BROOK, Appellant.

(Argued December 7, 1933; decided January 9, 1934.)

*E. J: Dimock, B. L. Visscher* and *G. W. Watkins* for appellant.

*Walter Jeffreys Carlin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.